# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANDREW WILLIAM ECKERD, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-154 |
| | * | |
| v. | * | |
| | * | |
| ANNETTIA TOBY, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Andrew Eckerd ("Eckerd") filed "Objections" and two "Notices" in support of his "Objections." Dkt. Nos. 8, 9, 10.

Though untitled but docketed as Eckerd's Objections to the Report and Recommendation, Eckerd's submission at Document Number 8 is wholly unresponsive to the Report and Recommendation. For instance, Eckerd states he believes his cause of action should have been brought under 28 U.S.C. § 2255. Dkt. No. 8 at 1-2; see also Dkt. No. 9 at 6. This is incorrect, as § 2255 is reserved for attacks on sentences and convictions received in federal courts, whereas 28 U.S.C. § 2254 is for

AO 72A
(Rev. 8/82)

petitioners, like Eckerd, wishing to attack state court proceedings. 28 U.S.C. §§ 2254, 2255. While Eckerd addresses his Glynn County prosecutions in his "Objections" and "Notices," he does not address the Magistrate Judge's recommendation Eckerd's § 2254 Petition be dismissed based on his failure to exhaust his state remedies. Dkt. Nos. 8, 9, 10. Instead, Eckerd continues to challenge his 2013 and 2015 Glynn County prosecutions, as well as his pending Glynn County charges. Dkt. No. 9 at 1-7; Dkt. No. 9-1; Dkt. Nos. 10, 10-1.

Accordingly, the Court **OVERRULES** Eckerd's "Objections" and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Eckerd's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failure to exhaust his state remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Eckerd *in forma pauperis* status on appeal and a Certificate of Appealability.

SO ORDERED, this 13 day of May, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)