AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDREW WILLIAM ECKERD,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 219-154

ANNETTIA TOBY,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 13, 2021 adopting the Magistrate Judge's Report and Recommendations as the Court's opinion and overruling Petitioner's objections, Petitioner's 28 U.S.C. § 2254 Petition is dismissed without prejudice for failure to exhaust his state remedies. Additionally, Petitioner is denied in forma pauperis status on appeal and a Certificate of Appealability. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: May 13, 2021

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020